UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMISHA MACIAS,<br><br>        Plaintiff,<br><br>    v.<br><br>PAPÉ D.W., INC., *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-01066-JLT-CDB<br><br>ORDER ON PARTIES' STIPULATED REQUEST FOR PHYSICAL EXAMINATION OF PLAINTIFF<br><br>(Doc. 22) |

        Plaintiff Tamisha Macias ("Plaintiff") initiated this action with the filing of a complaint on June 20, 2024, in the Superior Court of California, County of Kern, case number BCV-24-12076. (Doc. 1).  Defendants Pape D.W., Inc. and Dakota Brice Booker ("Defendants") removed the case to this Court on September 6, 2024.  *Id*.  Following a scheduling conference, on December 5, 2024, the Court entered the scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines.  (Doc. 12).  On July 8, 2025, the Court granted in part the parties' stipulated request to amend case management dates and extended call case management dates by approximately 90 days.  (Doc. 17).

        Pending before the Court is the parties' stipulated request for the physical examination of Plaintiff, filed on September 22, 2025.  (Doc. 22).  The parties represent that Defendants seek to take a physical of Plaintiff on September 29, 2025, at 11:00 AM at The Center for Orthopedics & Rehab, 1405 W Rancho Vista Blvd, Palmdale, CA, 93551, with board certified orthopedic surgeon

Dr. Michael R. Klein, Jr., M.D., F.A.C.S. *Id.* ¶ 1. The parties represent the examination will be conducted for the purpose of determining the nature and extent of injuries alleged by Plaintiff. *Id.* The parties further represent another examination is set for October 7, 2025, at 12:00 PM at that same location with Dr. Peter Cassini, M.D. *Id.* ¶ 2. The parties represent that Plaintiff is only stipulating to and agreeing to these two examinations in light of Defendants' stipulation and agreement that these two will be the only recommendations requested by Defendants. *Id.*

**Conclusion and Order**

The Court finds the parties' stipulation complies with Fed. R. Civ. P. 35(a)(2).

Accordingly, IT IS HEREBY ORDERED, pursuant to Rule 35 of the Federal Rules of Civil Procedure, Plaintiff shall appear for an independent medical examination consistent with the parties' stipulated terms (Doc. 22).

IT IS SO ORDERED.

Dated: **September 22, 2025**

UNITED STATES MAGISTRATE JUDGE

2